**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HEATHER NUMBERS,

    Plaintiff,

v.                                                           Case No.  8:07-cv-1955-T-30EAJ

GEOVERA SPECIALTY INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL

      The Court has been advised via a Notice of Settlement (Dkt. #13) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

      **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

      **DONE** and **ORDERED** in Tampa, Florida on March 20, 2008.

                                                                                 JAMES S. MOODY, JR.
                                                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-1955.dismissal 13.wpd